**ORDERED.**

Dated: July 12, 2010

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEAN P. PLACE and<br>CHRISTINA M. PLACE<br><br>Debtors. | Chapter 7<br><br>No: 4-10-bk-08114-EWH |
| WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>Movant,<br><br>v.<br><br>SEAN P. PLACE and<br>CHRISTINA M. PLACE and<br>GAYLE ESKAY MILLS, Trustee,<br><br>Respondent. | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion, and after appropriate notice and opportunity for a hearing, no party in interest having objected to such Motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 16, OF CASTLEGATE PARCEL 3, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET E., SLIDE 72, AND AFFIDAVIT OF CHANGE RECORDED IN FEE NO. 2004-76781, OF OFFICIAL RECORDS.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed
this 14th day of June, 2010, to:

SEAN P. PLACE
CHRISTINA M. PLACE
4496 E. Meadow Lark Way
San Tan Valley, AZ 85140

CHRISTINA MARIE HARNEY
Phillips & Associates
20 E. Thomas Rd. 26th Fl.
Phoenix, AZ 85012

GAYLE ESKAY MILLS
P.O. Box 36317
Tucson, AZ 85740

   s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012